**FILED**

January 06, 2023

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____Laura Loera_____
DEPUTY

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. EP-22-CV-0458

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Michael Rose</u> was received by me on *(date)* <u>12/14/2022</u>.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)* <u>John Doe</u> , a person of suitable age and discretion who resides there, on *(date)* <u>Tue, Dec 20 2022</u> , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 12/26/2022

_____
Server's signature

Michael Weinshenker
_____
Printed name and title

400 Tenafly Rd #70, Tenafly, NJ 07670
_____
Server's address

Additional information regarding attempted service, etc.:

1) Unsuccessful Attempt: Dec 17, 2022, 10:32 am EST at 5 Joyce Court , Manalapan , NJ 09926
No answer

2) Unsuccessful Attempt: Dec 17, 2022, 4:50 pm EST at 5 Joyce Court , Manalapan , NJ 09926
No answer

3) Successful Attempt: Dec 20, 2022, 6:27 pm EST at 5 Joyce Court , Manalapan , NJ 09926 received by John Doe. Age: 32;
Ethnicity: African American; Gender: Male; Weight: 185; Height: 5'11"; Hair: Black; Relationship: Co occupant ;
John Doe opened the door when I asked for Michael Rose he said he's right here. Then a voice in the background stated not here.
Dropping documents.