IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| YAZMIN GONZALEZ,<br>Plaintiff, | §<br>§<br>§ | |
| v. | §<br>§ | EP-22-CV-458-DB |
| FIDELITY FUNDING GROUP, LLC<br>and MICHAEL ROSE.<br>Defendants. | §<br>§<br>§<br>§ | |

## <u>ORDER</u>

On this day, the Court sua sponte considered the above-captioned case. On December 13, 2022, Plaintiff Yazmin Gonzalez ("Ms. Gonzalez") filed a Complaint against Defendants Fidelity Funding Group, LLC and Michael Rose ("Defendants"). ECF No. 1. Three months ago, the Court issued a Show Cause Order, ordering Ms. Gonzalez to serve Defendant Fidelity Funding Group by May 12, 2023. ECF No. 5. Fidelity Funding Group remains unserved, and Ms. Gonzalez did not respond to the Show Cause Order.

In that same order, the Court noted that while Defendant Michael Rose had been served, the Court had not received an answer from him and Ms. Gonzalez has not "taken any steps to move the case forward." *Id.* On May 15, 2023, Ms. Gonzalez moved for the Clerk to enter default against Michael Rose. ECF No. 7. The Clerk entered default about a month later. ECF No. 9. A court cannot enter a default judgment until the plaintiff submits documentation establishing damages. *See* Fed. R. Civ. P. 55(b); *J & J Sports Productions, Inc. v. Morelia Mexican Restaurant*, 126 F. Supp. 3d 809, 814 (N.D. Tex. 2015) ("Normally, damages are not to be awarded without a hearing or a demonstration by detailed affidavits establishing the necessary facts."). Ms. Gonzalez has not submitted any documentation establishing damages.

Accordingly, **IT IS HEREBY ORDERED** that Plaintiff Yazmin Gonzalez submit documentation **on or before August 7, 2023**, detailing the damages she is seeking AND serve Defendant Fidelity Funding Group.    Failure to comply with this order **will result in dismissal.**[1]

**IT IS FURTHER ORDERED** that the Clerk provide notice to Ms. Yazmin Gonzalez of this Order by certified mail at 14205 Charles Pollock Ave, El Paso, TX 79938 and by e-mail at yazminsoto580@gmail.com.

SIGNED this __6th__ day of **July of 2023**.

_____
**THE HONORABLE DAVID BRIONES
SENIOR UNITED STATES DISTRICT JUDGE**

---

1 *See McCullough v. Lynaugh*, 835 F.2d 1126, 1127 (5th Cir. 1988) (stating that a district court has inherent authority to dismiss an action sua sponte for failure to prosecute or to comply with a court order).

2