**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **YAZMIN GONZALEZ,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **EP-22-CV-00458-DB** |
| | § | |
| **FIDELITY FUNDING GROUP, LLC** | § | |
| **and MICHAEL ROSE,** | § | |
| **Defendants.** | § | |
| | § | |

## ORDER DISMISSING CLAIMS FOR FAILURE TO PROSECUTE

On this day, the Court sua sponte considered the above-captioned cause. On December 13, 2022, Plaintiff Yazmin Gonzalez ("Plaintiff") filed a Complaint in the above-captioned cause. ECF No. 1. Plaintiff did not timely serve either of the Defendants. On January 6, 2023, Plaintiff attempted service of Defendant Michael Rose ("Defendant Rose"). ECF No. 3. Plaintiff was ultimately not successful in serving Defendant Rose because the address at which service was attempted was no longer the address at which Defendant Rose resided. ECF No. 4. Plaintiff did not attempt to serve Defendant Fidelity Funding Group, LLC ("Defendant Fidelity"). Plaintiff did not take any further action in serving either Defendant Rose or Defendant Fidelity.

On April 12, 2023, the Court sua sponte entered an Order to Show Cause. ECF No. 5. Plaintiff did not respond to the Court's Order to Show Cause. On July 6, 2023, the Court sua sponte ordered Plaintiff to submit documentation on or before August 7, 2023, detailing the damages she is seeking AND serve Defendant Fidelity. ECF No. 10. Failing to comply with this Order would result in dismissal of the claims. *Id.* To this date, Plaintiff has not submitted documentation detailing the damages she is seeking, and did not serve Defendant Fidelity.

Over a month ago, the Court ordered Plaintiff to "submit documentation detailing the damages she is seeking AND serve Defendant Fidelity [by August 7, 2023]." *Id.* The deadline has passed, and Plaintiff has not responded to the Court order or moved the case forward. Thus, the Court enters the following order.

**IT IS HEREBY ORDERED** that the above-captioned cause is dismissed without prejudice for failure to prosecute.[1]

**IT IS FURTHER ORDERED** that the Clerk provide notice to Ms. Yazmin Gonzalez of this Order by certified mail at 14205 Charles Pollock Ave, El Paso, TX 79938 and by e-mail at yazminsoto580@gmail.com.

SIGNED this __23rd__ day of **August 2023**.

THE HONORABLE DAVID BRIONES
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] *See McCullough v. Lynaugh*, 835 F.2d 1126, 1127 (5th Cir. 1988) (stating that a district court has inherent authority to dismiss an action sua sponte for failure to prosecute or to comply with a court order).