### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

| | | |
|---|---|---|
| YAZMIN GONZALEZ,<br>        Plaintiff, | § § § | |
| v. | § § | **EP-22-CV-458-DB** |
| FIDELITY FUNDING GROUP, LLC<br>and MICHAEL ROSE,<br>        Defendants. | § § § § § § § | |

### FINAL JUDGMENT

On this day the Court entered an order dismissing all claims in the above-captioned case.    The Court now enters this Final Judgment in accordance with Federal Rule of Civil Procedure 58.

Accordingly, **IT IS HEREBY ORDERED** that the above-captioned case is **DISMISSED WITHOUT PREJUDICE**.

**SIGNED** this __*23*__ day of **August 2023**.

_____
THE HONORABLE DAVID BRIONES
SENIOR UNITED STATES DISTRICT JUDGE